In the Matter of the Application of DAVID W. SCHOONMAKER, a creditor, for Letters of Administration, etc.

(Submitted April 26, 1886; decided June 1, 1886.)

*Sidney E. Shelbourne* for appellant.

*Fisher A. Baker* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.